# LEVINE & BLIT, PLLC

*Attorneys at Law*

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 36TH FLOOR
NEW YORK, NEW YORK 10118
PHONE: (212) 967-3000 · FAX: (212) 967-3010
www.levineblit.com

---

August 20, 2014

**VIA ECF**
United States District Court
Honorable Steven M. Gold
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Sabella v. ASI et al.* – **Expected Witnesses at Trial**
             No. 06-CV-6566 (NG) (SMG)

Dear Judge Gold,

    In accordance with Minute Entry (ECF Docket No. 172), please find below a list of the witnesses that plaintiff Michael Sabella expects to call in his case-in-chief at trial:

a) Michael Sabella
b) David Morales
c) Wilfredo Pagan
d) Nick Vitale
e) Dominick Fevola
f) Conoka Brown
g) Giovanni Lucido
h) Lou Pernice

    Plaintiff reserves the right to call additional witnesses at trial. Additionally, there has been no progress on settlement discussions at this time. The parties have not consented to trial before a magistrate judge.

                            Respectfully submitted,

                            LEVINE & BLIT, PLLC

                            Russell S. Moriarty