# EXHIBIT A

Aug 04 2006 10:22AM    Gleason & Mathews P.C.    1 212 943-6649    p.4

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | ☐ FEPA<br>☒ EEOC | 520-2006-02915 |

New York State Division Of Human Rights    and EEOC
*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Michael Sabella | | 03-04-1966 |

Street Address: 275 Bay 8th Street, Brooklyn, NY 11228

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| ILA-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION | 500 or More | (212) 425-1200 |

Street Address: 17 Battery Place Suite 930, New York, NY 10004

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Local 1814-ILA | 15 - 100 | (718) 499-1200 |

Street Address: 70 20th Street, Brooklyn, NY 11232

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-01-2002    Latest: 07-20-2006
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s).)*:

I have been retaliated against by my local union, Local 1814-ILA, because I filed a charge of discrimination and retaliation against my employer, American Stevedoring, Inc. I believe that after I served as a witness to another charge of discrimination, which was filed by other Black and Hispanic coworkers against my employer, I began to experience retaliation in the form of harassment, loss of wages, and scheduled to work unsafe and undesirable jobs, even though I have more seniority and qualifications. I believe that the union, Local 1814, is failing to represent me because the union management and my employer are in cahoots to force to leave my job in retaliation for filing a charge with the EEOC.

More specifically, on July 13, 2006, when I went to file a grievance against my employer, I was verbally attacked by the Union Delegate, who was trying to prevent me from filing a retaliation grievance, after my employer took me out of a job for which I qualified for and had the seniority to work. I believe this happened in retaliation for serving as a witness to race and national origin discrimination against my peers. I also know that the union is failing to represent other employees who have also filed charges of discrimination and retaliation with the EEOC.

I believe I have been retaliated against and failed to be represented in violation of Title VII of the Civil Rights of 1964, as amended; and all applicable New York state laws. I am also filing this charge on behalf of other similarly situated former and current union members, who, like me, were not represented in the terms and conditions of the labor contract and seniority rights for opposing discrimination in the work place.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 20, 2006    *[signature]*
Date    Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

*[signature: Michael Sabella]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*    7/?/6

LU-000175

EXHIBIT
Joint Ex
4

ASI-NEW 00175