UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SABELLA,

           Plaintiff,

-against-

AMERICAN STEVEDORING, INC.;
LOCAL 1814 INTERNATIONAL, AFL-CIO
LONGSHOREMEN'S ASSOCIATION, AFL-CIO
-(ILA); and NEW YORK SHIPPING
ASSOCIATION, INC.,

           Defendants.

No. 06-cv-6566 (NG)(SMG)

STIPULATION OF DISMISSAL WITH PREJUDICE

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties, that all of the causes of action alleged against defendant AMERICAN STEVEDORING, INC. brought by plaintiff MICHAEL SABELLA in the above-captioned action are voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: April 29, 2015

    SZAFERMAN, LAKIND, BLUMSTEIN, & BLADER, P.C.

    By: _____

    Janine G. Bauer, Esq.
    *Attorneys for Defendant ASI*
    101 Grovers Mill Road, Suite 200
    Lawrenceville, New Jersey 08648
    (609) 275-0400

Dated: April 29, 2015

    LEVINE & BLIT, PLLC

    By: _____

    Matthew J. Blit, Esq.

*Attorneys for Plaintiff*
350 Fifth Avenue, Suite 3601
New York, NY 10118
(212) 967-3000